WHITFIELD v. WAKEFIELD

No. 132 PC.

Case below: 51 N.C. App. 124.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1981.